# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
# BROOKLYN DIVISION

| | |
|---|---|
| Stephanie Solomon | Case No. 1:15-cv-03978-WFK-RER |
| Plaintiff, | Judge: William F. Kuntz, II |
| v. | Magistrate Judge: Ramon E. Reyes, Jr. |
| Stellar Recovery, Inc. | |
| Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: /s/ Christopher P. McDonnell
One of Plaintiff's Attorneys

Date: August 10, 2015

*Of Counsel*
Christopher P. McDonnell, Esq.
146-26 35 Avenue
Flushing, NY 11354
Phone: 732-729-9200
Email: Christopher.Mcdonell@csi.cuny.edu

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

/s/ Christopher P. McDonnell

Benjamin N. Hutnick
Berman & Rabin, P.A.
15280 Metcalf
Overland Park, KS  66223

Counsel for:
Stellar Recovery, Inc.

The application is ✓ granted. ___ denied.
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Aug. 10, 2015
Brooklyn, New York

2